Cyndie M. Chang (State Bar No. 227542)
E-mail:  cmchang@duanemorris.com
Rona Eli (State Bar No. 326093)
E-mail:  reli@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AVEL BACUDIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLAIRE CONTRERAS, an individual,<br><br>Defendant. | Civil Action No. _____<br><br>**COMPLAINT FOR DAMAGES FOR DEFAMATION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:<br>Time:<br>Dept:<br><br>Judge:<br>Complaint Filed: |

## INTRODUCTION

1. Plaintiff Avel Bacudio ("Plaintiff") brings this action for defamation against Defendant Claire Eden Contreras ("Defendant") because she has repeatedly made and published false and defamatory statements about Plaintiff, knowing full well that the statements are false, for the purpose of subjecting Plaintiff to harassment, intimidation, and harm. On or about August 24, September 2, 24, and 27, October 27, November 2, 24, 26, and 28, and December 3, in 2023, and January 13 in 2024, the Defendant repeatedly and maliciously published false statements that Plaintiff bribed Congressman Sandro Marcos with a Rolex watch, was

receiving kickbacks from government projects, particularly those implemented by the Department of Public Works and Highways ("DPWH"), and that Plaintiff received assistance from First Lady Mrs. Araneta-Marcos to process his and his family's Schengen visa and US visa, and that the said visas were issued through fraud. The statements are complete and utterly false, and Defendant knew them to be false at the time she repeatedly published them.

2. Defendant knows her statements are baseless and yet published and continuously republishes them. She continues to propagate her lies to all her hundreds of thousands of social media followers, subscribers, or viewers. Defendant knows the falsity of these as she personally knows and has repeatedly stated that the Plaintiff is a former friend. While the Plaintiff would prefer to not give the Defendant any attention she so desperately craves, the damage to the Plaintiff's reputation has already been done with rumors circulating to the Plaintiff's clients who questioned him, and some clients had in fact distanced themselves. Accordingly, Plaintiff brings this defamation action to finally hold the Defendant accountable for her continuous false statements and to deter her from engaging in such malicious conduct in the future through her YouTube Channel "Boldyak TV", Facebook, other social media, accounts.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332.

4. The parties are of diverse citizenship. Plaintiff is a citizen of the Philippines and resides in Quezon City, Philippines. Plaintiff is informed and believes that Defendant is a citizen of the State of California and a resident of Los Angeles, California.

5. The amount in controversy exceeds $75,000, exclusive of interest and costs. Damages that Plaintiff has suffered and will continue to suffer as a result of the claims asserted herein exceed $75,000.

6. Venue is proper in this jurisdiction pursuant to 28 U.S.C. § 1391 as it is where a substantial part of the events giving rise to the claim alleged in this Complaint occurred, it is where the unlawful conducts by Defendant were made. At all relevant times, Defendant has also been a citizen and resident of California. Plaintiff has suffered, and continues to suffer, from the severe impact of the defamatory statements published in Los Angeles, California.

7. This Complaint is properly lodged within the jurisdiction of this Court. This Court has subject matter jurisdiction given that this Court has jurisdiction over civil cases for damages due to defamation. Moreover, the Defendant made and published defamatory statements against Plaintiff through her YouTube Channel "Boldyak TV", Facebook, other social media, accounts, while being a resident of California.

8. The court has personal jurisdiction over the Defendant as, based on information and belief, and as repeatedly stated by Defendant herself in several public blogs, that she is a resident of Los Angeles, California.

9. It cannot be used as a defense that the acts complained of are outside the statute of limitations as the nature of libelous remarks on the internet is continuous. Even assuming arguendo, that using the single publication rule which is applied to cases involving the internet, this defamation case was filed within one (1) year from the time the defamatory statements were published.

## PARTIES

10. Plaintiff is an individual and is now, and at all times mentioned in this complaint, is a resident of Quezon City, Philippines.

11. Defendant is an individual and is a resident of Los Angeles, California. Based on information, her home address is at **611 S Virgil Avenue, Unit 402, Los Angeles, California, 90005** and her office address is at **9350 Wilshire Boulevard, Suite 203, Beverly Hills, Los Angeles County, California 90212**.

# FACTUAL ALLEGATIONS

### A. Plaintiff Avel Bacudio

12. Plaintiff is a Filipino fashion designer residing in Quezon City, Philippines.

13. Plaintiff was born in Buhi, Camarines Sur, Philippines. He was born to a poor family and due to financial resources limitations, he was not able to attend formal college education. But despite such hindrances, he knew deep in his heart that he wanted to become a fashion designer.

14. He was able to attend fashion school and would then join inter-school fashion competitions and eventually won awards.

15. At barely 17 years old, Plaintiff's talent was beginning to get recognized as he was hired as a Fashion Assistant in a department store where his job description included purchasing to ensure that the fashion displays were in order.

16. Plaintiff worked hard and continued joining more competitions until he eventually competed in international competitions. Plaintiff then joined Young Designer's Guild of the Philippines. From there, Plaintiff was invited by producer Richard Tan to participate in a bi-annual fashion show, Fashion Watch, which showcases the work of selected local designers.

17. In 2002, Plaintiff won the People's Choice award in the Concours International des Jeunes Createurs de Mode held in Manila and was given the privilege to present his designs in Paris. In the following year, Plaintiff was chosen as one of the ten best designers in the "Timeless Terno" contest spearheaded by the Metropolitan Museum of Manila.

18. His designs also garnered recognitions at the Asian Fashion Grand Prix Contest in 1998, Fashion Connections Singapore in 2000, and the Young Fashion Designers Show in China.

19. Come 2012, Metro Magazine awarded Plaintiff as the Breakthrough Designer of the Year, with another accolade given by then Philippine President Benigno Aquino III as an Ambassador of Peace.

20. In 2014, he was honored as Asia's Most Influential Designer at the Mercedes-Benz Stylo Asia Fashion Week in Malaysia, where he was awarded by the world-renowned Jimmy Choo.

21. Plaintiff has ventured beyond his signature streetwear and avant-garde designs into creating made-to-order suits and gowns as well. In recent years, he has also delved in fragrances, home, and interior design.

22. Recently, the current Philippine President Ferdinand "Bongbong" Marcos, Jr. and the Philippine First Family consulted the Plaintiff for their suit and dress design.

23. Plaintiff's success and popularity means that his designs are well-sought after and internationally recognized.

**B.  Defendant Claire Contreras**

24. Defendant is the host or blogger in her YouTube Channel "Boldyak TV." The Defendant introduces herself with the screen name or nickname "Maharlika". She constantly posts videos and conducts live streams on her "Boldyak TV" YouTube Channel where her content largely centers around political commentaries.

25. Defendant's blogs largely center around crass and foul language which are often paired with highly controversial gossips involving politicians and other famous individuals, along with others, like Plaintiff, who allegedly interact with these politicians.

26. She claims that she was also originally a Marcos supporter and hates the opposition but is "pro-Filipino" and would oppose the Marcos Jr. Administration.

27. She claims that she is a well-connected person, personally knowing and having spoken with key political figures, including, but not limited to, President Ferdinand Marcos, Jr., First Lady Marie Louise Araneta-Marcos, Congressman Ferdinand Alexander Araneta Marcos III, among others.

28. She also claims to personally know Plaintiff in that she helped introduced Plaintiff to the First Family of current Philippine Ferdinand Romualdez Marcos Jr.

C. **Defendant's Defamatory Remarks**

29. In this case, the Defendant has repeatedly published in her YouTube Channel "Boldyak TV" on at least eleven (11) separate events where statements of facts were made by the Defendant relating to Plaintiff which are all false, and thus libelous.

a. **That Plaintiff bribed Philippine House Representative Ferdinand Alexander Araneta Marcos, III with a Rolex Watch**

30. The Defendant published in her YouTube Channel "Boldyak TV" a video entitled "Sandro, Tumanggap Ng Rolex | Nagkatotoo Ang Vlog Natin Kay Sandro" ("Sandro, Received a Rolex | Our Vlog Regarding Sandro Became True") on August 24, 2023. The Defendant claimed as a fact, that Avel Bacudio bribed Philippine House Representative Ferdinand Alexander Araneta Marcos III. ("Representative Sandro Marcos"). In particular, the Defendant falsely and maliciously stated that Plaintiff bribed Representative Sandro Marcos by giving a Rolex watch[1]:

> What is this about the Rolex? My countrymen, you should know that the child of "kitten" and Liza is already leading a syndicate. How's that? He

---

[1] English translations of the multiple defamatory statements are provided first, and then the Filipino (the national language of the Philippines) published versions are presented.

6
COMPLAINT AND DEMAND FOR JURY TRIAL

accepted a Rolex from Avel Bacudio, our former old friend. He accepted a Rolex as a gift. So it's bribery. So imagine my friend, my former friend that I helped introduce to Liza Smuggs who is Avel Bacudio gave a Rolex to Sandro Marcos who then accepted it through his Chief of Staff, Yeye Vivas. Now, the question is…what's the matter Maharlika you are just jealous because you didn't get a Rolex. I really won't get a Rolex from Avel since, first things first, I'm not the one who is giving projects to him so he and his sibling and Yeye can earn money. They all got to buy houses. Jelai and Avel also got to buy new properties worth 26 million because they were given favor by Sandro and Yeye so that they can get Government Contracts like the DPWH project of Jelai.

"*Ano ngayon ung tungkol sa Rolex? Mga kababayan dapat nyong malaman na ang anak ni Kuting at ni Liza ay ngayon pa lang, ay naglelead na ng pagiging sindikato. Pano iyon? Dahil mismo ang taong ito ay tumanggap ng Rolex kay Avel Bacudio, sa aking former old friend. Tumanggap pa siya ng Rolex na regalo… So bribery ito. So imagine nyo ang kaibigan ko, dati kong kaibigan na tinulungan kong ipakilala kay Liza Smuggs na si Avel Bacudio ay binigyan ng Rolex si Sandro Marcos na tinanggap naman niya sa pamamagitan ng kanyang Chief of Staff na si Yeye Vivas. Ngayon ang tanong, eh ano naman inggit ka lang Maharlika kasi 'di ka binigyan ng Rolex, hindi talaga ako bibigyan ng Rolex ni Avel kasi unang-una hindi naman ako ang nagbibigay ng mga projects na magkapera siya at kasama ang kapatid niya at kasama si Yeye na recently nakabili na nga sila parehong mga bahay. Si Jelai at si Avel ay nakabili na rin ng bagong property which is 26 milyon sa kadahilanan na binibigyan sila ng pabor ni Sandro at ni Yeye na makakuha sila ng kontrata sa government katulad nalang sa DPWH dito sa project ni Jelai.*"

|   |   |
|---|---|
| 1 | ------- |
| 2 | Avel himself admitted over text message that he gave Sandro a Rolex. |
| 3 | *"Inamin ni Avel mismo sa text message na siya ay nagbigay kay* |
| 4 | *Sandro ng Rolex."* |

31. Under the same group or category of defamatory remarks, the Defendant published in her YouTube Channel "Boldyak TV" a video entitled "Sandro, Tumawag | LizaSmuggs, May Foreign Adviser" ("Sandro, Called | LizaSmuggs, Has a Foreign Adviser") on November 25, 2023. Again, the Defendant falsely and maliciously reiterated that the Plaintiff bribed Representative Sandro Marcos by giving him a Rolex watch:

> Why Sandro, are you clean? Why did you accept the Rolex from Avel Bacudio? Why did you accept the bribe to pursue your contracts with DPWH? That's not rotten? What do you call that? Very very rotten? You idiot, you're treating the citizens as fools.
> 
> "*Bakit Sandro, malinis ka ba? Bakit mo tinanggap ang Rolex galling kay Avel Bacudio? Bakit ka tumanggap ng bribe para maipursue ang mga kontrata Ninyo sa DPWH? Hindi ba rotten yan? Ano tawag mo dyan? Very very rotten? Gago kayo pinaggagago ninyo ang taumbayan.*"

32. Under the same category or group of defamatory remarks, the Defendant again published in her YouTube Channel "Boldyak TV" a video entitled "Minamata Tayo Ng Mga Puti – Marcos Jr. Tapangtapangang Kuting" on November 28, 2023. Again, the Defendant falsely and maliciously reiterated that the Plaintiff bribed Representative Sandro Marcos by giving a Rolex watch:

> What drama is woman beater Sandro who accepted a Rolex as a bribe from Avel Bacudio. From all the contractors accepted by Yeye Vivas and Ryan your bagman, what did you do? Where is it?

> *"Anong drama ni Sandro jumbagero na tumanggap ng Rolex as bribe galing kay Avel Bacudio. Galing sa lahat ng mga contractor ng tinatangap ni Yeye Vivas, at ni Ryan na bagman mo, anong ginawa mo?...nasaan na?"*

33. Under the same category of defamatory remarks, similar false and libelous statements claiming, as a fact, that Plaintiff bribed Philippine Representative Sandro Marcos by giving a Rolex watch were published again in Defendant's YouTube Channel "Boldyak TV" on January 13, 2024, in a blog entitled "INQUIRER, Avel At Liza Smuggs, Kahit Mag Sanib-Pwersa Pa Kayo" ("INQUIRER, Avel and Liza Smuggs, Even if You Join Forces"):

> Next time I will report you to immigration on Monday that you were carrying 10,000 dollars and that you did not pay tax because you used cash to buy the Rolex in New York. Right, your bribe to Sandro Marcos?
>
> *Next time isusuplong kita sa immigration sa Monday na nagbibitbit ka ng 10,000 dollars at hindi ka nagbabayad ng tax kasi diba cash ang pinambili mo ng Rolex sa New York, Right, na brinibe mo kay Sandro Marcos?*

    **b.    That Plaintiff received kickback from government projects, particularly those implemented by the Department of Public Works and Highways**

34. Under this category of defamatory remarks, Defendant published in her YouTube Channel "Boldyak TV" entitled "Sandro, Nambugb0g | So young and so corrupt – Sen. Imee Marcos" on November 2, 2023. She stated that Plaintiff is a thief and published, claiming as a fact, that Plaintiff received "kickback" money from various government infrastructure or public work projects, particularly those implemented by the Department of Public Works and Highways ("DPWH"):

> I myself will tell you that Sandro Marcos accepted a Rolex as bribe money coming from Avel Bacudio, the one doing designing now for his mom and is tailoring barongs. Sandro Marcos accepted a Rolex, I showed you our conversation… that he accepted the Rolex from Avel Bacudio that was bought here in America. That's personal, my personal knowledge. I was told that. **Why did he accept? Because Sandro's Chief of Staff is their coconspirator in DPWH**. (Emphasis supplied)
>
> "*Ako mismo ay sinabasabi ko sa inyo na si Sandro Marcos ay tumangap ng Rolex as bribe money coming from Avel Bacudio yung nag design design ngayon sa bukod ng nanay niya at nagtatahi ng barong. Sandro Marcos ay tumangap ng Rolex, pinakita ko na sa inyo yung conversation namin na Tumganggap siya ng Rolex galing kay Avel Bacudio na binili dito sa Amerika. Kasi personal yun eh, personal knowledge ko yun. Sinabi mismo sakin yun. Bakit siya tumatanggap ng bribe galling kay Avel?...* **Kasi magkakasabwat sila sa mga kontrata sa DPWH**. (Emphasis Supplied)

35. Under the same category of defamatory remarks, Defendant published in her YouTube Channel "Boldyak TV" a video entitled "Kumpirmado Na Si LizaJahas Ang Nasa Likod | DICT Lagot". She reiterated that the Plaintiff is a thief and published, as a fact, that Plaintiff received "kickback" money from various government infrastructure or public work projects.

> Even the designers are thieves, they become commissioners[2]… You're so pretty L.A.M.[3] my old friend Avel Bacudio, they are

---

[2] "Commissioners" is Philippine term for people who accept "commissions" or "kickbacks"

[3] L.A.M. are the initials of Philippine First Lady liza Araneta Marcos.

10
COMPLAINT AND DEMAND FOR JURY TRIAL

commissioners.

"*Pati mga designer nagnanakaw. Ay nagiging commissioner… Ang ganda ganda mo L.A.M. mga dati kong friend si Avel Bacudio, mga commissioner kayo*"

   **c. That Plaintiff had no money before the Presidency of current Philippine President Ferdinand Marcos Jr.**

36. Under this category of defamatory remarks, Defendant published in her YouTube Channel "Boldyak TV" a video entitled "Inoferan Ako ni LizaSmuggs vs Wakwak Vloggers" on November 26, 2023, claiming as a fact, that Plaintiff had no money before the term or Presidency of current Philippine President Ferdinand "Bongbong" Marcos, Jr. In particular, the Defendant maliciously and falsely stated as a fact that Plaintiff could not even afford to pay the electricity bill of his fashion shop:

> If I am a paid blogger, if I were earning from government contracts like my former friend Avel Bacudia, imagine from when he had no money to pay for electricity for his tailor shop but since last year and this year, he travelled 5 or 6 times, I don't know I'm not updated with his travel, but business class and rushed travels. How much is business class? 6000-10000 dollars? Half a million pesos when you go to Europe or America?
>
> "*If I am bayaran, kung ako ay kumikita sa kontrata ng gobyerno like ung former friend ko na si Avel Bacudia, imagine mo Simula nung walang pambayad ng kuryente sa kanyang patahian. Since last year and this year, he travelled 5 times or 6 times, I don't know di ako updated sa travel niya business class, at mga madaliang travel. Magkano ang business class 6000-10000usd, mahigit kalahating milyon when you go to Europe when you go to Amerika.*"

      **d.    That Plaintiff received assistance from Philippine First Lady Mrs. Lisa Araneta Marcos to process his and his family's US visa and Schengen visa and that such visas were issued through fraud.**

37.    Under this category of defamatory remarks, the Defendant published in her YouTube Channel "Boldyak TV" a video entitled "Liza Smuggs, PUMUSLIT | UK Visa | US Visa FraudNi Jahas" on September 27, 2023, claiming as a fact, that Plaintiff received assistance from Philippine First Lady Mrs. Lisa Araneta Marcos to process Plaintiff and Plaintiff's family US Visa and Schengen Visa, and that the said visas were issued through fraud:

> Liza herself was the one that fixed the visa of Avel Bacudio's family. He's my former friend. I threw them away since they are part of the cancer of society in taking from the people and I'll have an expose with Avel and Liza's conspiracy. Remember this but besides this US visa fixing, Avel told me himself that he approached (Liza) for his sibling… then Liza gave you names, name actually, one person only to fix your visa. And that is fraud.
>
> *"Si Liza mismo ang nag asikaso ng visa ng pamilya ni Avel Bacudio. Dati ko ring kaibigan yan. The reason why pinagtatapon ko sila dahil parte sila ng sakit ng lipunan na manganganamkam at meron pa tayong pasabog na bonggang bongga sa sabwatang Avel at Liza smuggs. Tandaan niyo yan maliban dito sa US visa na inaayos… Kinuwento sakin mismo ni Avel na nilapit niya ang kanyang Kapatid siya… then Liza gave you names, name actually, isang tao lang para magasikaso ng iyong visa. And that is fraud.*

38.    Under this sub-category of defamatory remarks, Defendant reiterated in her YouTube Channel "Boldyak TV" on January 13, 2024 entitled "INQUIRER, Avel At Liza Smuggs, Kahit Mag Sabi-Pwersa Pa Kayo" stating that Plaintiff

received assistance from Philippine First Lady Mrs. Lisa Araneta Marcos to process Plaintiff and Plaintiff's family US Visa and Schengen Visa, and that the said visas were issued through fraud:

> Now you judge, Inquirer, who are the real fools here? The thieves who stole from the public funds through tax evasion and you, Avel, who stole from the public funds through overpricing and collusion with the chief of staff who is Yeye Vivas under Sandro or your conspiracy with Liza to have a US visa and a European Schengen visa for your family at you coming back 4 or 5 times here in America carrying more than 10,000 dollars when you enter.
>
> *Ngayon kayo ang humusga Inquirer sino yung mga julol dito? Kayo mga nagnakaw sa kaban ng bayan sa pamamagitan ng tax evasion at ikaw Avel na nagnanakaw sa kaban ng kaban ng bayan sa pamamagitan ng overpricing at pakikipagsabwatan sa Chief of Staff na si Yeye Vivas ni Sandro o nakipagsabwatan ka kay Liza para magkaroon ng US visa at European Shengen Visa ng iyong pamilya at pabalik balik 4 times or 5 times bumalik dito sa Amerika at may bitbit ka pang more than 10,000 dollars papasok dito.*

39. Defendant's statements published in her YouTube Channel "Boldyak TV" videos are referred to herein as, the "Statements".

40. The Statements are false but are asserted and presented as truth by the Defendant. Unfortunately, a large majority of the viewers and followers of the Defendant believes that the Statements are indeed true, causing damage to the Plaintiff.

41. Contrary to the Statements, the Plaintiff never gave Philippine Representative Sandro Marcos any Rolex watch and Plaintiff has never bribed Philippine Representative Sandro Marcos.

42. Contrary to the Statements, the Plaintiff never received any kickback money or other form of illegal money from DPWH and other government projects.

43. Contrary to the Statements, the Plaintiff was already a successful fashion designer and financially stable even before the Presidency of Philippine President Bongbong Marcos.

44. Contrary to the Statements, the Plaintiff never obtained the assistance of First Lady Mrs. Lisa Araneta Marcos in the application of his and his family's Schengen and US visa applications.

45. On information and belief, numerous people viewed Defendant's Statements. The YouTube videos uploaded on the internet were collectively seen and heard since August 24, 2023 until present, by at least 180,000 subscribers and have collectively at least 890,150 views worldwide as of January 10, 2024, and counting to this day.

46. Defendant knew that her Statements were false when she made them.

47. As a former friend of the Plaintiff, the Defendant should have known, or at least could have easily known from several common friends, that the Plaintiff never gave Philippine Representative Sandro Marcos any Rolex watch and Plaintiff has never bribed Philippine Representative Sandro Marcos. In fact, the Defendant is aware of and monitors the social media accounts of both Philippine Representative Sandro Marcos and Plaintiff. Based on the said social media accounts, the Defendant knew, or could have easily known, that Plaintiff never gave Philippine Representative Sandro Marcos any Rolex watch.

48. As a former friend of the Plaintiff, the Defendant should have known, or at least could have easily known from several common friends, that the Plaintiff is not involved in any public works or infrastructure projects. The Plaintiff is a fashion designer and has no background or experience in civil works. Thus, the Plaintiff has no transactions with the Philippine Department of Public Works and Highways as he simply has no knowledge in infrastructure or civil works.

49. As a former friend of the Plaintiff, the Defendant personally knew that Plaintiff was a successful fashion designer and financially stable even before the Presidency of Philippine President Bongbong Marcos. Thus, the Statement that the Plaintiff had no money before the Presidency of President Ferdinand Marcos, Jr. but suddenly became rich due to the alleged relationship with government officials within less than a year since the start of such presidency, is false and Defendant knew that.

50. As a former friend of the Plaintiff, the Defendant should have known, or at least could have easily known from several common friends, that the Plaintiff engaged a travel agency for their Schengen and US visa applications. Plaintiff's circle of friends knew that he hired a travel agency for his and his family's Schengen visa application – a fact which is well-documented. Thus, the Defendant knew, or it would have been easy to verify, that the Plaintiff went through the usual Schengen visa application process with the assistance of a travel agency.

51. The Defendant claims that it was Plaintiff himself who was her source and that Plaintiff personally told her the Statements. Plaintiff also claims that she has proof to support her Statements.

52. However, easily verifiable evidence points to the conclusion that the Statements of the Defendants are false. Defendant has also never presented any proof to support her Statements, which is understandable as there is no proof.

53. Plaintiff believes the Defendant fabricated the Statements to increase views of her YouTube channel and derive more money.

## FIRST CLAIM FOR RELIEF
## (Defamation Under California Law)

54. Plaintiff repeats and incorporates by reference the allegations contained in the preceding paragraphs.

55. The California Civil Code section 44 provides that defamation is effected by either libel or slander. The California Civil Code section 45, in relation

to section 44, provides for the definition of libel. It states that libel is a false and unprivileged publication by writing, printing, picture, effigy, or other fixed representation to the eye, which exposes any person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which tends to injure him in his occupation.

56. Defamation is a statement "which exposes any person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided or which has a tendency to injure him in his occupation."

57. Thus, the elements of a defamation claim are:
   a. Publication of a statement of fact;
   b. That is false;
   c. Unprivileged;
   d. Has a natural tendency to injure or which causes "special damage"; and
   e. The defendant's fault in publishing the statement amounted to at least negligence.

58. The definition of defamation per se where a statement is so inherently damaging to one's reputation that the plaintiff need not prove that they suffered actual damages. The false statements of the Defendant claiming that the Plaintiff bribed a government official, and that the Plaintiff received money from government projects through illegal and corrupt means, that Plaintiff obtained a visa through fraud, are clearly inherently damaging to Plaintiff's reputation.

59. Defendant specifically intended that the false Statements that she made were about Plaintiff as she identified the Plaintiff by his complete name – Avel Bacudio.

60. Defendant published the Statements to her publicly viewable YouTube Channel "Boldyak TV". Numerous people viewed Defendant's published Statements. The YouTube videos uploaded on the internet were collectively seen

and heard since August 24, 2023, until present by at least 180,000 subscribers and have collectively at least 890,150 views worldwide as of January 10, 2024, and counting to this day. There is no dispute that the Defendant published her Statements.

61. The Defendant claimed and presented as a fact, that the Plaintiff is a corruptor of public officials, feeding off the taxpayers of the Filipino people by giving bribes, and in exchange receives kickbacks and assistance to obtain fraudulent visas. Based on the various comments of Defendant's viewers, there can be no question that Defendant presented the Statements as facts, and that her viewers indeed received the Statements to be statements of facts.

62. Even worse, to give Defendant's false Statements some semblance of being factual that Plaintiff indeed receives illegal public money, the Defendant further adds that Plaintiff had no money before the Presidency of the current Philippine President Bongbong Marcos but had already acquired substantial properties within less than a year from the start of such Presidency.

63. As a former friend, the Defendant has several common friends with Plaintiff, and from these common friends the Defendant already knew, or could have reasonably and easily verified, that her Statements are false.

64. In the alternative to the preceding paragraph, the Defendant acted in reckless disregard of the falsity of her Statements when she published them because Defendant had no credible evidence supporting her Statements.

65. Indeed, Defendant has published that her alleged source of this false information is Plaintiff, and Plaintiff attests that this is false.

66. Based on the foregoing, the Plaintiff has the foregoing causes of action for defamation, specifically libel, involving the publication of false Statements, claiming to be fact, against the Plaintiff.

67. The YouTube videos are so libelous on its face that Plaintiff experienced numerous hateful statements and ridicule from the public. Among the

hateful statements directed against the Plaintiff is "Avel the evil", "Avel should be subjected to lifestyle check", "Avel is a user", "wasak si Abel (Abel is ruined)", among others. Defendant's false statements that Plaintiff bribed a government official, a recipient of government corruption money and a recipient of a fraudulently obtained visa, exposed Plaintiff to contempt, ridicule and obloquy.

68. Defendant's defamatory statements about Plaintiff constitute defamation per se because the statements are defamatory on their face, and nothing needs to be added or explained to make their defamatory meaning understood. Moreover, the defamatory statements are defamatory per se because they explicitly and falsely charge Plaintiff with criminal activity.

69. As a proximate result of the above-described publication, Plaintiff has suffered loss of his reputation was tarnished causing some of his clients to look at him with disfavor, being shamed in public, mortification, grave injury to his feelings, anxiety to the point of sleepless nights and inability to work, all to his damage in the total approximate amount of $2,000,000.00.

70. The above-described Statements are not privileged. The Statements were published by Defendant with malice, hatred, vengeful spite to, in the Defendant's own words, a former friend. The defamatory statements were continuous, repetitive, baseless, and harmful, indicative of the reckless disregard and malice against Plaintiff.

71. As a result of Defendant's wrongful conduct, Plaintiff has suffered harm to his reputation and has suffered undue shame, embarrassment, and loss of business and relationships.

72. Defendant's conduct was a substantial factor in causing Plaintiff's damages, harm, and injuries alleged herein, all in amounts according to proof and in excess of the jurisdictional minimum of this Court.

73. Plaintiff is informed and believes and thereon alleges that the aforementioned acts of Defendant were willful, oppressive, fraudulent, and/or

malicious. The conduct of Defendant in publishing these false statements about Plaintiff, with knowledge of their falsity, for the express purpose of harming Plaintiff is intentional and despicable. Plaintiff is therefore entitled to punitive and exemplary damages.

## JURY TRIAL DEMAND

Plaintiff hereby respectfully demands a jury trial in this action.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court enter judgment in its favor and against Defendant for:

1. An award of damages to Plaintiff and against Defendant Contreras in an amount to be proved at trial, comprising the following:
   a. Compensatory damages in the amount of $2,000,000.00;
   b. Punitive damages to be proven at trial for Defendant's willful, deliberate, and malicious actions;
   c. Pre-judgment interest to the extent allowed by law;
   d. For an order awarding Plaintiff his reasonable attorneys' fees and costs where allowed by law; and
   e. Plaintiff's Costs of suit; and
2. Such other and additional relief as the Court may deem just and proper.

Dated: January 23, 2024          **DUANE MORRIS LLP**

By: */s/ Cyndie M. Chang*
Cyndie M. Chang
Attorneys for Plaintiff