# DENIED
## BY ORDER OF THE COURT

> The parties' request to continue the May 31, 2024, Scheduling Conference (Doc. 17) is DENIED. The Court does not continue Scheduling Conferences to accommodate motions to dismiss, and the parties have not shown good cause for the Court to deviate from its usual practice. The parties are directed to file their Joint Rule 26(f) Report two weeks in advance of the Scheduling Conference. Most cases do not require a conference, and the Court sets a schedule based on the parties' Rule 26(f) Report. The Court will vacate or continue the Scheduling Conference after reviewing the Rule 26(f) Report.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVEL BACUDIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLAIRE CONTRERAS, an individual,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00628-JLS-PD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE FROM MAY 31, 2024, TO JULY 12, 2024**<br><br>Complaint Filed: January 23, 2024 |

[PROPOSED] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE

1  The Court having reviewed the Stipulation to Continue Status Conference
2  from May 31, 2024, to July 12, 2024 [or _____], and good cause appearing
3  therefore, hereby orders as follows:
4      1.    That the status conference be continued from May 31, 2024, at 10:30
5  a.m. to July 12, 2024, at 10:30 a.m.; and
6      2.    That the deadline for the parties to file a joint status report be
7  continued from May 17, 2024, to June 28, 2024 [or _____].
8  **IT IS SO ORDERED.**

10  Date: May 1, 2024            _____
11                          The Honorable Josephine L. Staton